AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| ANGEL YOUNG ) | |
| *Plaintiff* ) | |
| v. ) | Case No. |
| CBRE FACILITY SOURCE ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CBRE FACILITY SOURCE.

Date: 06/16/2021

s/ Joseph N. Gross
*Attorney's signature*

Joseph N. Gross (0056241)
*Printed name and bar number*

200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378

*Address*

jgross@beneschlaw.com
*E-mail address*

(216) 363-4500
*Telephone number*

(216) 363-4588
*FAX number*