# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| ANGEL YOUNG., | ) CASE NO. 2:21-CV-03635-JLG-KAG |
| | ) |
| Plaintiff, | ) JUDGE JAMES L. GRAHAM |
| | ) |
| vs. | ) MAGISTRATE JUDGE |
| | ) KIMBERLY A. JOLSON |
| CBRE FACILITY SOURCE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION FOR EXTENSION OF TIME TO MOVE OR PLEAD

Pursuant to Rule 6.1 of the Local Rules of the Southern District of Ohio, Plaintiff Angel Young and Defendant FacilitySource, LLC, doing business as CBRE FacilitySource ("FacilitySource") hereby stipulate that Defendant FacilitySource shall have an additional fourteen (14) days, through Wednesday, July 7, 2021, in which to move, plead, or otherwise respond to Plaintiff's Complaint.  No prior extensions have been granted in the action.

Respectfully submitted,

 s/ Joseph N. Gross                                   
Joseph N. Gross (0056241)
Kelly E. Mulrane (0088133)
Benesch Friedlander Coplan & Aronoff, LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone:  (216) 363-4500
Facsimile:  (216) 363-4588
Email: jgross@beneschlaw.com
         kmulrane@beneschlaw.com

*Attorneys for Defendant*
*Facility Source, LLC dba CBRE FacilitySource*

s/ Michael W. DeWitt (with permission)     
Michael W. DeWitt (0066896)
DeWitt Law, LLC
4200 Regent Street, Suite 200
Columbus, OH 43219
Telephone:  (614) 398-2886
Facsimile:  (614) 750-1379
Email: mdewitt@dewittlawcom.com

*Attorney for Angel Young*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June, 2021, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Michael W. DeWitt (0066896)
DeWitt Law, LLC
4200 Regent Street, Suite 200
Columbus, OH 43219
Telephone:  (614) 398-2886
Facsimile:   (614) 750-1379
Email: mdewitt@dewittlawcom.com

*Attorney for Angel Young*

*s/ Joseph N. Gross*
*One of the Attorneys for Defendant Facility Source, LLC dba CBRE FacilitySource.*